UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FLYING FISH BIKES, INC.,

    Plaintiff,

v.                                                CASE NO. 8:13-cv-2890-T-23AEP

GIANT BICYCLE, INC.,

    Defendant.
_____/

**ORDER**

    The plaintiff moves (Doc. 72) to strike the defendant's affirmative defenses. The magistrate judge recommends (Doc. 84) granting the motion in part; striking the defendant's third, fourth, and fifth affirmative defenses; construing the defendant's seventh affirmative defense as a denial; and granting the defendant leave to amend in accord with the report and recommendation. The plaintiff objects (Doc. 98) to the report and recommendation. A *de novo* review of the portion of the report and recommendation to which the plaintiff objects reveals that the plaintiff's objection is unfounded or unpersuasive.

    Accordingly, the plaintiff's objection (Doc. 98) is **OVERRULED**. The report and recommendation (Doc. 84) is **ADOPTED**. The plaintiff's motion (Doc. 72) to strike the defendant's affirmative defenses is **GRANTED IN PART**. The

defendant's third, fourth, and fifth affirmative defenses are **STRICKEN**, and the defendant's seventh affirmative defense is construed as a denial.  The plaintiff's motion (Doc. 72) to strike the defendant's twelfth, thirteenth, and fourteenth affirmative defenses is **DENIED**.  No later than **MARCH 6, 2015**, the defendant may amend the affirmative defenses to correct only those deficiencies addressed in the report and recommendation.

ORDERED in Tampa, Florida, on February 26, 2015.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE